°AO-10
Rev. 1/91

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MATIA, PAUL R. | UNITED STATES DISTRICT COURT (NORTHERN DISTRICT OF OHIO, EASTERN DIVISION) | June 26, 1991 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) DISTRICT JUDGE (ACTIVE) | 5. Report Type (check appropriate type) X Nomination, Date_____ ___ Initial ___ Annual ___ Final | 6. Reporting Period Jan. 1, 1990 – June 26, 1991 |
| 7. Chambers or Office Address UNITED STATES COURT HOUSE CLEVELAND, OHIO 44114 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |
| | . |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | State of Ohio County of Cuyahoga | $62,750.00 |
| 1989 | Salary for services | $14,078.00 |
| 2 | State of Ohio County of Cuyahoga | as Judge, Court of Common Pleas 65,900.00 |
| 1990 | | $14,078.00 |
| 3 | State of Ohio County of Cuyahoga | 34,657.62 |
| 1991 | | $ 7,298.98 |
| 4 | | |
| 5 | | $_____ |
| | | $_____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | MATIA, PAUL R. | June 26, 199? |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(B)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 First National Bank of Ashland, Ohio | Mortgage on vacation home (100%) | L |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# 342

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| MATIA, PAUL R. | June 26, 199? |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-37 of instructions.)

| A. Description of Assets (including trust assets). Indicate those applicable parent of (X)= Free Place of the line of descent. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| [1] Vacation Residence in Naples, Florida | C | Rent | L | R & W | E | X | E | M P | T |
| [2] (50% Owner - Listed Amounts Represent 50%) | | | | | | | | | |
| [3] American Mutual Fund | B | DIV | K | T | E | X | E | M P | T |
| [4] I.R.A. - American Mutual Fund | A | DIV | J | T | E | X | E | M P | T |
| [5] Deferred Compensation Program - State of Ohio | — | — | L | V | E | X | E | M P | T |
| [6] Retirement - Ohio P.E.R.S. | — | — | K | T | E | X | E | M P | T |
| [7] Society National Bank, Cleveland, Ohio | A | INT | J | T | E | X | E | M P | T |
| [8] | | | | | | | | | |
| [9] | | | | | | | | | |
| [10] | | | | | | | | | |
| [11] | | | | | | | | | |
| [12] | | | | | | | | | |
| [13] | | | | | | | | | |
| [14] | | | | | | | | | |
| [15] | | | | | | | | | |
| [16] | | | | | | | | | |
| [17] | | | | | | | | | |
| [18] | | | | | | | | | |
| [19] | | | | | | | | | |
| [20] | | | | | | | | | |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | MATIA, PAUL R. | June 26, 1991 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Paul R. Matia_          Date June 26, 1991

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google